UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES KIMBELL, )<br>and others similarly situated, )<br> )<br>v. )<br> )<br>DYNAMIC STRATEGY, INC. )<br>d/b/a BUDGET BRAKES ) | No. 3:08-1175<br>JUDGE CAMPBELL |

ORDER

The parties have submitted a proposed settlement agreement to the Court for review and approval. The Clerk is directed to file the proposed settlement agreement, under seal, to be served only on counsel for the parties in this case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE