# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES KIMBELL and others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. 3:08-CV-01175 |
| v. ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE KNOWLES |
| DYNAMIC STRATEGY, INC. d/b/a BUDGET BRAKES and STEVE RYAN, ) ) ) | FLSA COLLECTIVE ACTION |
| Defendants. ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

For good cause shown, the proposed settlement of this matter is approved and this case is Dismissed with Prejudice. The Court, however, retains jurisdiction over this matter for the period of ninety (90) days in the event a dispute arises from the administration of this settlement. Accordingly, it is SO ORDERED, this the _____ day of _____, 2010.

_____
Honorable Todd J. Campbell
U.S. District Judge